STATE *versus* MARSTON & *als.*

INDICTMENT in the District Court against seven defendants, for an assault upon one Dyer, a schoolmaster. Three of the defendants filed pleas of misnomer in abatement, upon which issue was joined. The Judge overruled the pleas, and the defendants excepted.

THE COURT, by SHEPLEY, C. J. orally. — The issue was for the jury. — Exceptions sustained.

*Case remanded to the District Court.*

*A. W.* and *J. M. True*, for defendants.